**Michael P. EDWARDS, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7022.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Elizabeth M. Hosford, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Brian D.

Griffin, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, Chief Judge, LOURIE, and PROST, Circuit Judges.

RADER, Chief Judge.

The U.S. Court of Appeals for Veterans Claims affirmed the Board of Veterans' Appeals' determination that Michael P. Edwards' October 17, 2007 purported Notice of Disagreement was invalid under pertinent VA regulations. Because Mr. Edwards seeks review of issues of fact and the application of law to fact beyond this court's statutory jurisdiction, 38 U.S.C. § 7292(d)(2), this court dismisses the appeal.

**DISMISSED**